COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
Respondent.

No. 157 EM 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DE-NIED.**

Clifton PARKER, Petitioner

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
Respondent.

No. 156 EM 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests ex-traordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia is directed to dispose of Petitioner's pending *habeas corpus* petition within 90 days of this order.

Anthony RILEY, Appellant

v.

COMMONWEALTH of Pennsylvania,
PENNSYLVANIA BOARD OF PRO-
BATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 21, 2013.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of November, 2013, the Order of the Commonwealth Court is **AFFIRMED.**